# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Case No. 2:11-cr-259 |
| v. | : JUDGE ALGENON L. MARBLEY |
| RIGOBERTO G. VELEZ, | : |
| Defendant. | : |

## ORDER

This matter is before the Court on the Government's Motion to Correct the Record. (Doc. 29.) The Government moves this Court to correct the record in this case to reflect Defendant Rigoberto G. Velez's fugitive status.

On October 5, 2011, federal arrest warrants, signed by Magistrate Judge Norah McCann King, were obtained for the following co-conspirators: Rigoberto G. Velez, Javier G. Velez, Fermin Alvardo, Timothy Walter, and Pablo Reyes. Defendant Rigoberto G. Velez was the only co-conspirator who was not apprehended or arrested, but Special Agent Michael P. Flynn of the Drug Enforcement Administration inadvertently filed an arrest warrant returned in Rigoberto G. Velez's case. Rigoberto G. Velez has not been arrested and remains a fugitive to date.

For good cause show, the Government's Motion to Correct the Record is **GRANTED** and the record will so reflect Rigoberto G. Velez's fugitive status.

**IT IS SO ORDERED.**

s/Algenon L. Marbley
**ALGENON L. MARBLEY**
**United States District Court Judge**

**DATED: February 1, 2012**